James E. Cecchi
Kevin Cooper
**CARELLA, BYRNE, CECCHI,
 BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs*

Salvatore J. Graziano (*pro hac vice*)
Michael Blatchley
Aasiya Mirza Glover (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
michaelb@blbglaw.com
aasiya.glover@blbglaw.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

Steven B. Singer (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
**SAXENA WHITE P.A.**
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
dschwartz@saxenawhite.com

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice*)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (866) 290-1291
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE TORONTO-DOMINION BANK / FIRST HORIZON CORPORATION SECURITIES LITIGATION | CASE NO: 23-cv-02763-RMB-AMD<br><br>NOTICE OF APPEAL |

Notice is hereby given that Lead Plaintiffs the Westchester Funds, the Pentwater Funds, the Sand Grove Funds, and the Alpine Funds (collectively, "Lead Plaintiffs") in the above-captioned case, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from the December 23, 2025 Final Judgment of Dismissal (ECF No. 110), dismissing Lead Plaintiffs' Third Amended Complaint (ECF No. 71), and all opinions and orders referenced therein, including the November 26, 2025 Opinion (ECF No. 107) and Order (ECF No. 108).

Dated: January 22, 2026

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By: */s/ James E. Cecchi*
James E. Cecchi
Kevin Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Lead Plaintiff*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Michael Blatchley
Aasiya Mirza Glover (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020

Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
michaelb@blbglaw.com
aasiya.glover@blbglaw.com

**SAXENA WHITE P.A.**
Steven B. Singer (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
dschwartz@saxenawhite.com

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice*)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (866) 290-1291
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I, James E. Cecci, hereby certify that on the 22nd day of January, 2026, I filed the foregoing via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to all counsel of record.

*/s/ James E. Cecchi*
James E. Cecchi
