# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| IN RE: TORONTO-DOMINION/FIRST HORIZON CORPORATION SECURITIES LITIGATION | Case No.: 26-1146<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND THE JOINT APPENDIX** |

Pursuant to Fed. R. App. P. 26(b) and Local Appellate Rule 31.4, and for good cause shown, Plaintiff-Appellants move for an extension of 45 days to file the opening brief and the joint appendix. This is the first request for an extension. Plaintiff-Appellants have conferred with counsel for Defendant-Appellees, who do not oppose this request.

Presently, Plaintiff-Appellants' opening brief and joint appendix are due on April 13, 2026. ECF No. 34-1.

Good cause exists for this extension. This matter involves complex issues of securities law and two rounds of extensive briefing before the District Court. In addition, and relatedly, Plaintiff-Appellants are currently engaged in discussions to retain appellate counsel to assist in the briefing. Moreover, counsel have existing competing commitments that cannot be moved and conflict with the current schedule. In sum, the extension will benefit the parties' presentation to the Court.

The extension is sought in good faith on the justifiable grounds of substantial need in light of the complex issues presented and the scheduling conflicts of counsel. Granting this application will not prejudice any party.

For these reasons, Plaintiff-Appellants respectfully ask the Court to extend the deadline to file the opening brief and joint appendix by 45 days, or until Thursday, May 28, 2026.

Dated: March 6, 2026

Respectfully submitted,

/s/ *Michael D. Blatchley*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano
Michael Blatchley
Aasiya Mirza Glover
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
michaelb@blbglaw.com
aasiya.glover@blbglaw.com

*Counsel for Plaintiff-Appellants*

**SAXENA WHITE P.A.**
Steven B. Singer
10 Bank Street, Suite 882
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com

Lester R. Hooker

7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (866) 290-1291
lhooker@saxenawhite.com

*Counsel for Plaintiff-Appellants*